UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>HY CITE ENTERPRISES, LLC; TERRENCE P. TORMEY, individually and DBA Terrence P. Tormey, Attorney at Law,<br><br>Defendants. | No. 2:18-cv-0045-WBS-EFB<br><br><br><br>ORDER |

Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's declarations make the showing required by 28 U.S.C. §1915(a). *See* ECF No. 1. Accordingly, the request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4. The Clerk of Court shall send plaintiff five USM-285 forms, one summons, and a copy of the complaint. Plaintiff is advised that the U.S. Marshal will require: (1) one completed summons; (2) one completed USM-285 form for each defendant; (3) a copy of the complaint for each defendant; and (4) a copy of this order.

/////

/////

The U.S. Marshal shall serve process without prepayment of costs. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

DATED: January 29, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE