Lora Grevious, Esq. (CA SBN 282874)
TOEPPEN & GREVIOUS
910 Florin Road, Ste. 110
Sacramento, CA 95831
Telephone: (916) 400-4516
Facsimile: (925) 407-2744

Attorney for Plaintiff
MACKENZIE WILSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mackenzie Wilson,<br><br>      Plaintiff,<br><br>  vs.<br><br>Hy Cite Enterprises, LLC; Terrence P. Tormey, individually and DBA Terrence P. Tormey, Attorney at Law<br><br>      Defendants. | Case No.: 2:18-CV-00045-WBS-EFB<br><br>**[PROPOSED] ORDER FOR DISMISSAL AS TO DEFENDANT TERRENCE P. TORMEY, ONLY** |

Plaintiff MACKENZIE WILSON, by and through her counsel of record, hereby requests that the court dismiss Defendant TERRENCE P. TORMEY, only, from the above-entitled matter, with prejudice.

      Respectfully submitted,

Dated: 3/28/2018        ___/s/Lora Grevious_____
      Lora Grevious, Esq.
      Attorney for Plaintiff

**IS SO ORDERED.**

Dated: March 30, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1