Lora Grevious, Esq. (CA SBN 282874)
PO Box 221836
Sacramento, CA 95822
Telephone: (916) 400-4516
Facsimile: (916) 471-0305

Attorney for Plaintiff
MACKENZIE WILSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Mackenzie Wilson | Case No. 2:18-CV-00045-WBS-EFB |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Hy Cite Enterprises, LLC<br>Defendants. | |

The parties jointly, by and through their respective counsel of record, hereby request that the court dismiss the above-entitled matter, with prejudice.

Respectfully submitted,

Dated: 1/7/19

  */s/Lora Grevious*
Lora Grevious, Esq.
Attorney for Plaintiff


  */s/Thomas S. Brown*
Thomas S. Brown
Attorneys for Defendant

**IS SO ORDERED.**

Dated: January 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~ ORDER] DISMISSAL